IACULLO MARTINO, LLC
Attorneys at Law
247 Franklin Avenue
Nutley, New Jersey 07110
(973) 235-1550
*Attorneys for Defendant, Gregory Melendez*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>GREGORY MELENDEZ<br>Defendant | :UNITED STATES DISTRICT COURT<br>:DISTRICT OF NEW JERSEY<br>:<br>:Hon. Dennis M. Cavanaugh<br>:<br>:CRIMINAL NO.: 2:08cr700-01(DMC)<br>:<br>:CONSENT ORDER |

THIS MATTER having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq., attorneys for defendant, Gregory Melendez, and on notice to the United States Attorney's Office by and through Andrew Carey, Assistant United States Attorney, and the parties having consented to same, and good cause having been shown:

IT IS on this  25  day of  Feb , 2011

ORDERED that:

1. Defendant, Gregory Melendez, shall be permitted to attend additional bible study/Sunday school classes at the Church of the Rev, 1154 White Plains Road, Bronx, NY 10472 commencing Sunday, February 27, 2011 from 11 a.m. until 3:00 p.m. and continuing every Sunday; and it is further

ORDERED that all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within  3  days of the date hereof.

DENNIS M. CAVANAUGH
United States Magistrate Judge

1

I hereby consent to the form and entry of the within Order.

_____
Andrew Carey, Assistant US Attorney

_____
Anthony J. Iacullo, Esq.
Counsel for Defendant, Gregory Melendez