**IACULLO MARTINO, LLC**
Attorneys at Law
247 Franklin Avenue
Nutley, New Jersey 07110
(973) 235-1550
*Attorneys for Defendant, Gregory Melendez*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>GREGORY MELENDEZ<br>Defendant | :UNITED STATES DISTRICT COURT<br>:DISTRICT OF NEW JERSEY<br>:<br>:Hon. Dennis M. Cavanaugh<br>:<br>:CRIMINAL NO.: 2:08cr700-01(DMC)<br>:<br>:<br>:CONSENT ORDER<br>: |

THIS MATTER having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq., attorneys for defendant, Gregory Melendez, and on notice to the United States Attorney's Office by and through Andrew Carey, Assistant United States Attorney, and the parties having consented to same, and good cause having been shown:

IT IS on this ___1___ day of __April__, 2011

**ORDERED** that:

1. Defendant, Gregory Melendez, shall be permitted to be released from electronic monitoring daily between the hours of 8 a.m. and 8 p.m. with the exception of Tuesdays where he will continue to be permitted to remain off of monitoring until 9 p.m.

**ORDERED** that all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within ___7___ days of the date hereof.

_____
DENNIS M. CAVANAUGH
United States Magistrate Judge

1

I hereby consent to the form and entry of the within Order.

_____
Andrew Carey, Assistant US Attorney

_____
Anthony J. Iacullo, Esq.
Counsel for Defendant, Gregory Melendez