**IACULLO MARTINO, LLC**
Attorneys at Law
247 Franklin Avenue
Nutley, New Jersey 07110
(973) 235-1550
*Attorneys for Defendant, Gregory Melendez*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>GREGORY MELENDEZ<br>Defendant | :UNITED STATES DISTRICT COURT<br>:DISTRICT OF NEW JERSEY<br>:<br>:Hon. Dennis M. Cavanaugh<br>:<br>:CRIMINAL NO.: 2:08cr700-01(DMC)<br>:<br>:CONSENT ORDER<br>: |

**THIS MATTER** having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq., attorneys for defendant, Gregory Melendez, and on notice to the United States Attorney's Office by and through Andrew Carey, Assistant United States Attorney, and the parties having consented to same, and good cause having been shown:

IT IS on this _2_ day of _May_, 2011
**ORDERED that:**

1. In addition to the current curfew, Mr. Melendez will be permitted to be off electronic monitoring until 10:45 p.m. to allow for travel time for the following specific events:
2. Bible Study Classes every Tuesday evenings.
3. Prayer Meeting, the first Wednesday of the month.
4. Church Services Friday evenings.
5. Baptism scheduled for May 6, 2011.

**ORDERED** that all other conditions of release remain in full force and effect and that a copy of this Order be served upon all parties within _5_ days of the date hereof.

1

*[signature]*
DENNIS M. CAVANAUGH
United States Magistrate Judge

I hereby consent to the form and entry of the within Order.

*[signature]*
Andrew Carey, Assistant US Attorney

*[signature]*
Anthony J. Iacullo, Esq.
Counsel for Defendant, Gregory Melendez

2